IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:11-cr-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKE LOUIS TORRES, a.k.a.
MIGUEL ANGEL TORRES,

    Defendant.

---

## PROTECTIVE ORDER
---

The Court, having considered the parties' Stipulation for Protective Order, and good cause appearing, makes the following findings:

The Indictment in this case alleges that defendant Torres made false statements for use in determining rights to payment of Social Security benefits in violation of 42 U.S.C. § 408(a)(3), concealed events affecting rights to Social Security payments in violation of 42 U.S.C. § 408(a)(4), and stole public money in violation of 8 U.S.C. § 641.  In the course of the government's investigation, it obtained some records concerning at least one individual other than the defendant.  These records contain personal information about this other individual, including the social security number and date of birth.

The government intends to produce this material in discovery to the defense.  All materials that the government produces to the defense are solely for

the use of the defendant, his attorneys, or other individuals or entities acting within the attorney-client relationship to prepare for the trial in this case.  The purpose of this protective order is to prevent the unauthorized dissemination, distribution, or use of materials containing the personal information of others.

Based on the above findings,

**IT IS ORDERED that:**

1. Defendant, his attorney, and all other individuals or entities who receive materials in this case are prohibited from directly or indirectly providing access to, or otherwise disclosing the contents of, these materials to anyone not working on the defense of this criminal case, or otherwise making use of the materials in a manner unrelated to the defense of this criminal case.  Authorized use of materials related to the defense of this criminal case shall include showing and discussing such materials with government and defense witnesses.

2. Defendant, his attorney, and all other individuals or entities who receive materials in this case shall maintain all materials received from the government in a manner consistent with the terms of this protective order. Materials produced to the defense shall be stored in a secure manner by defense counsel in boxes, files, or folders marked "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE."  Electronic materials produced to the defense and printouts obtained from electronic materials shall be handled in the same manner.

3. Defendant and his attorney are required to give a copy of this protective order to all individuals or entities engaged or consulted by defense

counsel in preparation of the trial in this case.  A knowing and willful violation of this protective order by the defendant, his attorney, or others may result in contempt of court proceedings or other civil or criminal sanctions.

4. Within 90 days of the conclusion of this case, including all related appeals, all documents produced pursuant to this protective order, and all copies thereof (other than exhibits of the Court), shall be returned to the United States Attorney's Office.  Alternatively, the defendant's attorney may inform the United States Attorney's Office in writing that all such copies have been destroyed.

5. The provisions of this order governing disclosure and use of the documents shall not terminate at the conclusion of this criminal prosecution.

DATED this  27th  day of    September   , 2011.

BY THE COURT:

  s/Lewis T. Babcock  
The Honorable Lewis T. Babcock
United States District Judge