**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   11-cr-00342-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MIKE LOUIS TORRES a/k/a
      MIGUEL ANGEL TORRES,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       This will confirm that a status/scheduling hearing regarding Defendant Torres is set **Thursday, October 20, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  October 4, 2011